**AGRI EXPORT COOPERATIVE,**
**Plaintiff,**

**and**

**Bankers Trust Company, Plaintiff-**
**in–Intervention,**

**v.**

**UNIVERSAL SAVINGS ASSOCIATION,**
**Defendant,**

**and**

**Resolution Trust Corporation as Receiver for Universal Savings Association,**
**Defendant–in–Intervention.**

**Civ. A. No. H–89–1193.**

United States District Court,
S.D. Texas,
Galveston Division.

May 3, 1991.

Amended Memorandum Opinion
May 21, 1991.

R. Allen Ashcraft, Jr., Harris & Westmoreland, Houston, Tex., for plaintiff.

Joseph A. Kral, Knippa & Kral, Houston, Tex., for plaintiff-in-intervention.

Mary Lou Leyh, Baker, Brown, Sharman & Parker, Houston, Tex., for defendant and defendant-in-intervention.